1012

Samuel W. PINKERTON et al., Petitioners,
v. COMMISSIONER OF INTERNAL
REVENUE.

No. 11484.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

A. W. Clapp, Charles W. Briggs, and Wayne C. Gilbert, all of St. Paul, Minn., for petitioners.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and C. E. Lowery, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Cause remanded to Board of Tax Appeals for further proceedings, per stipulation of party.

Sam W. POLK et al. v. HELMERICH & PAYNE, Inc.

No. 1944.

Circuit Court of Appeals, Tenth Circuit.

Nov. 14, 1939.

Slay & Simon, of Fort Worth, Tex., and Foulston, Siefkin, Foulston & Morris, of Wichita, Kan., for appellants.

Monnet & Savage, of Tulsa, Okl., and Brooks & Fleeson, of Wichita, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed with prejudice, at appellants' costs, attorney's docket fee of appellee being expressly waived, pursuant to stipulation.

Louis POLL, v. HAMILTON MANUFAC-
TURING COMPANY, a Michigan
Corporation.

No. 7929.

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1939.

Rice & Rice, of Grand Rapids, Mich., and Orien S. Cross, of Holland, Mich., for appellant.

Harry Pell, of Allegan, Mich., for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed, pursuant to stipulation of counsel.